IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| FORT GORDON HOUSING, LLC d/b/a BALFOUR BEATTY COMMUNITIES, | * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 118-205 |
| NICOLE REPETA, | * * | |
| Defendant. | * * | |

**O R D E R**

Before the Court is Plaintiff's notice of dismissal. (Doc. 5.) Plaintiff filed the notice prior to Defendant serving either an answer or a motion for summary judgment. Upon due consideration, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Because the Parties did not stipulate otherwise, the dismissal is without prejudice. FED. R. CIV. P. 41(a)(1)(B). **IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees except as otherwise agreed by the Parties.

**ORDER ENTERED** at Augusta, Georgia, this 18th day of December, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA